# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAHA STEAKS INTERNATIONAL, INC., a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANSHU PATHAK, an individual d/b/a STEAK OF THE MONTH CLUB, 1-800-NUTS.COM, CHOCOLATE OF THE MONTH CLUB, THE KOBE BEEF, ORGANIC FRUIT OF THE MONTH CLUB; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV09-2854 RGK(FFMx)<br><br>[*Hon. Frederick F. Mumm- Ctrm. E*]<br><br>[~~PROPOSED~~] **ORDER TO SHOW CAUSE RE: SANCTIONS AGAINST DEFENDANT JUDGMENT DEBTOR ANSHU PATHAK FOR FAILURE TO APPEAR AT CONTINUED JUDGMENT DEBTOR'S EXAMINATION**<br><br>Date: January 24, 2012<br>Time: 10:00 a.m.<br>Courtroom: E |

On December 6, 2011, Joshua G. Zetlin appeared on behalf of Judgment Creditor OMAHA STEAKS INTERNATIONAL, INC. before the Honorable Frederick F. Mumm, at the Continued Judgment Debtor's Examination of Judgment Debtor ANSHU PATHAK. Judgment Debtor failed to appear. Judgment Creditor requested the issuance of an Order to Show Cause.

1

---

*Freund & Brackey LLP*
*427 North Camden Drive*
*Beverly Hills, CA 90210*

ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT CONTINUED JUDGMENT DEBTOR'S EXAMINATION

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Judgment Creditor's request for the issuance of an Order to Show Cause is GRANTED. Judgment Debtor is hereby ORDERED to show cause before the Honorable Frederick F. Mumm, on **January 24, 2012 at 10:00 a.m.,** in Courtroom E at the above entitled courthouse, located at 312 N. Spring Street, Los Angeles, CA 90012, as to why he should not be sanctioned in the sum of Judgment Creditor's reasonable attorneys' fees for failure to appear at the Continued Judgment Debtor's Examination on December 6, 2011. Should Judgment Debtor fail to appear on this date, the Court will issue a warrant for his arrest and immediate appearance before the Court to answer for such failure.

IT IS FURTHER ORDERED:

That judgment creditor personally serves a copy of this order on judgment debtor.

IT IS SO ORDERED.

Date: December 14, 2011                    _____/S/ FREDERICK F. MUMM
                                           Hon. Frederick F. Mumm
                                           United States Magistrate Judge